

# NUMBER 13-21-00173-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**KEITH ANTHONY RAMOS, M.D.**
**AND ZORALY NUNEZ RAMOS,**                                    **Appellants,**

**v.**

**NATIONSTAR MORTGAGE, LLC,**
**AND WELLS FARGO BANK,**
**NATIONAL ASSOCIATION, AS TRUSTEE**
**FOR LEHMAN MORTGAGE TRUST**
**PASS-THROUGH CERTIFICATES,**
**SERIES 2007-4,**                                            **Appellees.**

---

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

---

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

On April 23, 2021, appellants, Keith Anthony Ramos, M.D. and Zoraly Nunez

Ramos, filed a suggestion of bankruptcy filing and notice of automatic stay in this appeal. According to the notice, appellants filed a bankruptcy petition on April 5, 2021, in the United States Bankruptcy Court for the Southern District of Texas, McAllen Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* Tex. R. App. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed on the
1st day of July, 2021.